BRENT DORIAN BREHM  (SBN 248983)
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
KESHA ELLEDGE

CINDY M. RUCKER (SBN 272465)
cmekari@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (323) 987-3356
Fax:  (205) 254-1999

Attorney for Defendant,
THE GUARDIAN LIFE
INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| KESHA ELLEDGE, | CASE NO. 8:21-cv-00273-JLS-KES |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | *[Filed concurrently with (Proposed) Order]* |
| Defendant. | |

TO THE HONORABLE COURT:

Plaintiff Kesha Elledge ("Plaintiff") and Defendant the Guardian Life Insurance Company of America, ("Defendant"), by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice, in its entirety, and with each party to bear their own attorneys' fees and costs.

DATED: January 27, 2022          KANTOR & KANTOR, LLP


By    /s/ Brent Dorian Brehm
    Brent Dorian Brehm
    Attorney for Plaintiff
    Kesha Elledge


DATED: January 27, 2022          MAYNARD, COOPER & GALE LLP


By /s/ Cindy M. Rucker
    Cindy M. Rucker
    Attorney for Defendant
    The Guardian Life Insurance Company of
    America

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm, hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*