UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHA ELLEDGE,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA<br><br>Defendant. | CASE NO. 8:21-cv-00273-JLS-KES<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this entire matter shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: _____   _____
                                                              Honorable Josephine L. Staton
                                                               United States District Judge