# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHA ELLEDGE, <br><br> Plaintiff, <br><br> vs. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA <br><br> Defendant. | CASE NO. 8:21-cv-00273-JLS-KES <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation (Doc. 21), IT IS HEREBY ORDERED that this entire matter shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 28, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE